**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

**UNITED STATES OF AMERICA,**

    -v-

**1:16CR387 (JMF)**

**WILLIAM VASQUEZ BAEZ,**

**Consent to Proceed by**
**Video or Teleconference**

                    **Defendant.**

---------------------------------------------------------------------x

       The defendant, **WILLIAM VASQUEZ BAEZ**, having been informed by undersigned

counsel of his right to be physically present in Court for the matter identified below, hereby

voluntarily consents to participate in the following proceedings via

videoconferencing or teleconferencing:

           \_\_\_\_\_ Initial Appearance Before a Judicial Officer

           \_\_\_\_\_ Arraignment (Note:   If on a Felony Information, Defendant Must Sign
                   Separate Wavier of Indictment Form)

           \_\_\_\_\_ Bail/Revocation/Detention Hearing

          \_\_XX\_ Status or Scheduling Conference Before a Judicial Officer

_____
Defendant's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)

_____
Defendant's Counsel's Signature

William Vasquez Baez_____
Print Defendant's Name

_Bruce D. Koffsky_____
Print Counsel's Name

The proceeding was conducted by reliable video or teleconferencing technology.

   11/12/2020
_____
Date

_____
U.S. District Judge

1