

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2021

> Application GRANTED. That said, the Court notes that the plea proceeding is scheduled for August 5th (not 8th, which is a Sunday). The Clerk of Court is directed to terminate Doc. #541. SO ORDERED.
>
> August 3, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. William Vazquez-Baez*,
           S12 16 Cr. 387 (JMF)

Dear Judge Furman:

    The Government writes to advise the Court that the parties have reached an agreement on a pretrial disposition. We understand that August 8, 2021, at 11:45 a.m. is a date and time convenient for the Court for a change of plea proceeding.

    The Government, on behalf of the parties, respectfully requests that the Court suspend the deadlines for pretrial disclosures and submissions set forth in the Court's May 10, 2021 Order (Doc. No. 511), July 12, 2021 Order (Doc. No. 535), and July 27, 2021 (Doc. No. 539). If, contrary to the parties' agreement and expectations, the change of plea does not proceed, the parties will promptly meet and confer and propose a new, expedited schedule for pretrial disclosures and submissions.

                              Respectfully submitted,

                              AUDREY STRAUSS
                            United States Attorney

By: _/s/ Justin Rodriguez_
       Lara Pomerantz / Justin Rodriguez /
       Andrew Thomas
       Assistant United States Attorneys
       (212) 637-2343/2591/2106

cc:  Counsel of record (by ECF)