# M&B
## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz  
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor  
New York, NY 10001  
Phone: (212) 221-7999  
Fax: (212) 398-8835

November 16, 2021

BY ECF  
Hon. Jesse M. Furman  
United States District Judge  
United States District Courthouse  
40 Centre Street  
New York, NY 10007

Re:    United States v. Blondet, et al.  
       16 Cr 387 (JMF)

Dear Judge Furman:

This letter is respectfully submitted on behalf of the defendant William Vasquez Baez to request and adjournment of his sentencing to a date in February convenient to the Court and the parties.

The adjournment is necessary to provide counsel with additional time to prepare a sentencing submission for Mr. Baez. Although work on the submission has begun, counsel has not been able to complete the submission due to a variety of factors, including Mr. Koffsky's recent completion of a lengthy trial and my recent surgery, from which I am currently convalescing.

In light of the above, it is respectfully requested that the Court adjourn the sentencing of Mr. Vasquez Baez to a date in February convenient to the Court and the parties. I have discussed this request with AUSA Rodriguez who advised me that the Government has no objection to the requested adjournment.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*Avraham C. Moskowitz*

Avraham C. Moskowitz

cc:   AUSA Andrew Thomas (by ECF)  
      AUSA Lara Pomerantz (by ECF)  
      AUSA Allison Nichols (by ECF)  
      AUSA Justin Rodriguez (by ECF)  
      Bruce Koffsky, Esq. (by ECF)

Application GRANTED. The sentencing scheduled for December 2, 2021, is hereby ADJOURNED to February 3, 2022, at 4:00 p.m. The Clerk of Court is directed to terminate ECF No. 570. SO ORDERED.

November 16, 2021