

**MOSKOWITZ & BOOK, LLP**

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

December 18, 2022

BY ECF
Hon. Jesse M. Furman
United States District Judge
United States District Courthouse
40 Centre Street
New York, NY 10007

> The Court is not without sympathy for Mr. Vasquez Baez's family, but it cannot provide remote access in light of Rule 53 of the Federal Rules of Criminal Procedure. Application therefore DENIED. Counsel should immediately file a Letter Motion if they believe an adjournment is appropriate. The Clerk of Court is directed to terminate ECF No. 607. SO ORDERED.
>
> [signature]
>
> January 21, 2022

Re: United States v. Blondet, et al.
    16 Cr 387 (JMF)

Dear Judge Furman:

This letter is respectfully submitted on behalf of the defendant William Vasquez Baez, who is scheduled to be sentenced before Your Honor on February 3, 2022.

Mr. Vasquez Baez is a resident of Puerto Rico and his wife, daughter and mother continue to reside there. They would like the opportunity to be present at his sentencing to show their support for Mr. Vasquez Baez, but are concerned about traveling during the pandemic. This concern is especially acute with regard to Mr. Vasquez Baez's mother, who is elderly and in poor health. The family has requested that I ask the Court to arrange for them to be able to attend the sentencing remotely by video, if possible, or at a minimum, by telephone. If arrangements can be made for them to participate by video, I am certain they could all gather in one location to make the logistics as easy as possible.

I have discussed this request with AUSA Rodriguez who advised me that the Government has no objection to this application.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: AUSA Andrew Thomas (by ECF)
    AUSA Lara Pomerantz (by ECF)
    AUSA Justin Rodriguez (by ECF)